OFFICE U.S. DIST. COURT
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 15 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

WAYNE JEFFERY BRIDGES,
    Plaintiff,

Civil Action No. 7:15-cv-00133

v.

MEMORANDUM OPINION

SOUTHWEST VIRGINIA REGIONAL
JAIL AUTHORITY, et al.,
    Defendant(s).

By:   Hon. Glen E. Conrad
       Chief United States District Judge

Wayne Jeffery Bridges, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983, while incarcerated. The court received and docketed the § 1983 action on March 25, 2015. By its order entered that same day, the court advised plaintiff that a failure to update a mailing address after a transfer or release from incarceration would result in dismissal of this action.

The copy of the March 25 order that was mailed to plaintiff at the jail address he provided has been returned as undeliverable, with a notation indicating that plaintiff was no longer at the jail and had possibly been released, and officials were unable to forward his mail to him. Plaintiff has not contacted the court since he filed the case. Therefore, the court finds that plaintiff has failed to prosecute this action, pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, the court dismisses the action without prejudice and denies all pending motions as moot. See Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); Donnelly v. Johns-Manville Sales Corp., 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)). The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to plaintiff.

ENTER: This 15th day of April, 2015.

              /s/ Glen Conrad
              Chief United States District Judge