CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 15 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

WAYNE JEFFERY BRIDGES,
    Plaintiff,

Civil Action No. 7:15-cv-00133

v.

**FINAL ORDER**

SOUTHWEST VIRGINIA REGIONAL
JAIL AUTHORITY, *et al.*,
    Defendant(s).

By:  Hon. Glen E. Conrad
       Senior United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 15th day of April, 2015.

/s/ Glen Conrad
Chief United States District Judge